█ NUCCIA DOMINGO et al., Appellants, v ROUSE SI SHOPPING CENTER, INC., Respondent, et al., Defendant. [746 NYS2d 393]

The defendant Rouse SI Shopping Center, Inc., failed to make out a prima facie case for summary judgment as a matter of law (*see* CPLR 3212). Ritter, J.P., Feuerstein, Adams and Mastro, JJ., concur.